2402-18-003102

# CITATION

JASON TABOR
(Plaintiff)

NUMBER C668380 Division D

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

CF INDUSTRIES NITROGEN LLC
(Defendant)

STATE OF LOUISIANA

TO: CF INDUSTRIES NITROGEN LLC
THRU CORPORATION SERVICE COMPANY
501 LOUISIANA AVE
BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **27-APR-2018**.

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: JOSEPH J BAILEY

*The following documents are attached:
PETITION FOR DAMAGES

### SERVICE INFORMATION

Received on the ____ day of _____, 20__ and on the ____ day of _____, 20__, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20__.

SERVICE:  $_____
MILEAGE:  $_____
TOTAL:    $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION - 2402

DATED APR 3 0 2018

EBR4751212

COST OK Amt. 564⁰⁰
APR 20 2018
BY _____
DY CLERK OF COURT

CIVIL SUIT NUMBER: 668380
DIV. "__",

JASON TABOR

VERSUS

CF INDUSTRIES NITROGEN, L.L.C.

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of Jason Tabor, an individual domiciled in the Parish of East Baton Rouge, with respect represent:

1.

Made defendant herein is:

a. CF Industries Nitrogen, L.L.C., a Delaware Corporation with its principal business office in Illinois, and its Louisiana domicile and agent for service of process in East Baton Rouge Parish, who may be served in accordance with the service instructions;

2.

On or about April 18, 2017, Jason Tabor was terminated from his employment at defendant's facility in Donaldsonville, Louisiana.

3.

Jason Tabor filed a claim with the EEOC on May 17, 2017. The EEOC referred the claim to the Louisiana Commission on Human Rights. CF Industries Nitrogen, L.L.C received notice of Tabor's claim from one or the other agencies within one month of May 17, 2017. A right to sue letter was requested from the EEOC on April 17, 2018 and is expected to be received shortly.

4.

CF Industries Nitrogen, L.L.C (Employer) employs over 200 individuals at its Donaldsonville location.

5.

At all times pertinent to this dispute, Jason Tabor had Multiple Sclerosis. He was, however, completely able to perform his duties as a millwright for employer as

Page 1 of 3

FAX COPY FILED 4/17/18
ORIGINAL FILED 4/20/18

long as he received his medication, Tysabri. Without the medication, the disease significantly impacted his ability to engage in daily living, including the ability to perform manual tasks, walk, see, speak, think and work. The medication was a health benefit provided under Employer's health plan and an reasonable accommodation required by law.

6.

Since informing his employer of his diagnosis on or about April 11, 2014, he was excluded from turnaround work, never allowed to act as "step up foreman" despite seniority over other crew members, all of which resulted in less income to him.

7.

Employer perceived Tabor's Multiple Sclerosis as a disability.

8.

Tabor was given a good performance evaluation one week prior to his termination. Tabor was able to perform his duties as a millwright so long as he was able to take his medication.

9.

Tabors position was filled by employer following his termination.

10.

Tabor was terminated for allegedly failing to properly torque the head bolts on a positive displacement pump. Tabor affirmatively shows that he did torque the bolts at issue and the pump's failure resulted from improper operation following the maintenance.

11.

Tabor shows that the true reason he was terminated was due to his disability and the cost of the medication needed to accommodate that disability and or employers unfounded fears regarding his disease.

12.

Tabor alleges that employer engaged in discrimination in violation of the Americans with Disabilities Act and the Louisiana Employment Discrimination Law.

13.

Tabor is entitled to compensatory damages, back pay, front pay, benefits, reinstatement, and reasonable attorneys fees.

14.

The damages at issue in this matter are greater than the amount required for a jury trial.

WHEREFORE, the plaintiffs pray, after due proceedings had, that judgment be rendered in their favor against the defendant, holding it liable to the plaintiffs for damages as provided by law, and for legal interest as well as court costs.

RESPECTFULLY SUBMITTED:

PROVOSTY, SADLER, deLAUNAY, FIORENZA & SOBEL

By: _____
Joseph J. Bailey, #19470
Capital One Bank Building
934 Third Street, Suite 801
Post Office Drawer 1791
Alexandria, LA 71309
Telephone: (318) 445-3631

ATTORNEYS FOR PLAINTIFF, JASON TABOR

FILED
EAST BATON ROUGE PARISH, LA
2018 APR 20 PM 12: 46
DEPUTY CLERK OF COURT

PLEASE SERVE PETITION:

1. CF Industries Nitrogen, L.L.C., through agent for service of process:

   Corporation Service Company
   501 Louisiana Avenue
   Baton Rouge, La 70802

CERTIFIED TRUE AND CORRECT COPY
APR 27 2018
East Baton Rouge Parish
Deputy Clerk of Court

Page 3 of 3