UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON TABOR | CIVIL ACTION NO. 18-557 |
| VERSUS | JUDGE BRIAN A. JACKSON |
| CF INDUSTRIES NITROGEN, L.L.C. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

SUPPLEMENTAL AND AMENDED COMPLAINT

Now into court comes Jason Tabor, an individual domiciled in the Parish of East Baton Rouge, who desiring to supplement and amend his original petition, with respect represents:

A.

Made defendant herein is:

a. CF Industries Nitrogen, L.L.C., a Delaware Corporation with its principal business office in Illinois, and its Louisiana domicile and agent for service of process in East Baton Rouge Parish, who may be served in accordance with the service instructions;

B.

2.

Plaintiff desires to supplement and amend paragraph 3 to read as follows:

3.

"Jason Tabor filed a claim with the EEOC on May 17, 2017. The EEOC referred

the claim to the Louisiana Commission on Human Rights. CF Industries Nitrogen, L.L.C received notice of Tabor's claim from one or the other agencies within one month of May 17, 2017. A right to sue letter was requested from the EEOC and Louisiana Commission on Human Rights on April 17, 2018 and received on April 18, 2018."

WHEREFORE, the plaintiffs pray, after due proceedings had, that judgment be rendered in their favor against the defendant, holding it liable to the plaintiffs for damages as provided by law, and for legal interest as well as court costs.

RESPECTFULLY SUBMITTED:

PROVOSTY, SADLER, & deLAUNAY, APC

By: S/Joseph J. Bailey
Joseph J. Bailey, #19470
934 Third Street, Suite 801
Post Office Box 13530
Alexandria, LA 71315-3530
Telephone: (318) 445-3631
Facsimile: (318) 767-9619

ATTORNEYS FOR PLAINTIFF, JASON TABOR

**PLEASE SERVE COMPLAINT:**

1. CF Industries Nitrogen, L.L.C., through agent for service of process:

Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802